IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PATRICK MASTERSON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-0355 |
| § | |
| **METROPOLITAN LIFE INSURANCE** § | |
| **COMPANY** § | |
| § | |
| **Defendant.** § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Patrick Masterson and Defendant Metropolitan Life Insurance Company file this Joint Notice of Settlement advising the Court that this case has been settled in its entirety and the parties anticipate submitting a Joint Motion to Dismiss on or before March 8, 2024.

Respectfully submitted,

By: /s/ *Amar Raval*
Amar Raval, TBA #24046682
S.D. No. 619209
Berg Plummer Johnson & Raval LLP
3700 Buffalo Speedway, Suite 1150
Houston, TX 77098
(713) 526-0200
(832) 615-2665 (Fax)
araval@bergplummer.com

Nancy Cavey, Esq.*
Law Offices of Nancy L. Cavey
P.O. Box 7539
St. Petersburg FL 33734-7539
(727) 894-3188
Florida Bar No.: 300934
Cavey@tampabay.rr.com
*Admitted *pro hac vice*
ATTORNEYS FOR PLAINTIFF PATRICK MASTERSON

1

/s/ *Linda G. Moore*
Linda G. Moore
State Bar No. 14359500
ESTES THORNE EWING & PAYNE PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Telecopier: (214) 599-4099
lmoore@estesthorne.com

ATTORNEY FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2024 this Joint Notice was electronically filed with the Clerk of the Court for the U.S. District Court, Southern District of Texas using the electronic case filing system of the Court and served by electronic means on:

Amar Raval
Berg Plummer Johnson & Raval LLP
3700 Buffalo Speedway, Suite 1150
Houston, TX 77098

Nancy Cavey, Esq.
Law Offices of Nancy L. Cavey
P.O. Box 7539
St. Petersburg FL 33734-7539

/s/ *Linda G. Moore*
Linda G. Moore